# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:10cv52

| | |
|---|---|
| MICHELE SMITH, | ) |
| Plaintiff, | ) |
| Vs. | ) ORDER |
| HOMECOMING FINANCIAL, | ) |
| Defendant. | ) |

**THIS MATTER** is before the court on initial review of this matter upon transfer from the Northern District of Georgia. Such review reveals that the district court granted the Motion to Transfer Venue to this district and that the Motion to Dismiss was, in effect, denied as moot, all on February 25, 2010. No instruction was contained in such Order concerning defendant's time for filing its Answer or other responsive pleading after transfer. The court will provide for such deadline herein.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant has up to and inclusive of April 2, 2010, to so Answer or otherwise respond to the Complaint.

Signed: March 24, 2010

Dennis L. Howell
United States Magistrate Judge