# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:10cv52

| | |
|---|---|
| MICHELE SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| HOMECOMING FINANCIAL, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the court on plaintiff's "First Request for Production" (#29). Plaintiff is advised that such request/motion is premature in that a Pretrial Order has not yet been entered and will not be entered unless this action survives defendant's Motion to Dismiss pursuant to Rule 12(b)(6).

Rule 26(d), Federal Rules of Civil Procedure, governs the commencement of discovery, as well as the Local Civil Rules of this court, which specifically provide as follows:

> **(F) Early Discovery.** While the parties may engage in consensual discovery at any time, Court enforceable discovery does not commence until issues have joined and a Scheduling Order is entered. If a party believes that early court sanctioned discovery is warranted, such party may file a motion for leave to take early discovery therein showing good cause. No supporting memorandum of law is required for such a motion.

L.Cv.R. 16.1(F). Plaintiff is encouraged to read the Local Civil Rules. Court-enforceable discovery does not commence until the Pretrial Order and Case Management Plan is entered. In any event, it is improper to file a discovery request with the court as such is not a motion.

Finally, plaintiff is advised that she has filed a number of pleadings recently that are not allowed. She is strongly encouraged to seek the assistance of an attorney.

**ORDER**

**IT IS, THEREFORE, ORDERED** that plaintiff's "First Request for Production" (#29) is **DENIED**.

Signed: April 27, 2010

Dennis L. Howell
United States Magistrate Judge