# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:10cv52

| | |
|---|---|
| MICHELE SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **AMENDED** |
| Vs. ) | **ORDER** |
| ) | |
| HOMECOMING FINANCIAL, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the court on plaintiff's "First Request for Production" (#29). The previous Order (#32) is stricken.

Plaintiff is advised that such request/motion is not a document that can be filed. Instead, discovery requests should be served upon counsel for defendant in the manner provided under Rule 5, Federal Rules of Civil Procedure. **The Local Civil Rules specifically prohibit the filing of discovery requests**. See L.Cv.R. 26.2. Finally, plaintiff is advised that she has filed a number of pleadings recently that are not allowed. She is strongly encouraged to seek the assistance of an attorney.

## ORDER

**IT IS, THEREFORE, ORDERED** that plaintiff's "First Request for Production" (#29) is **DENIED** and the previous Order (#32) is **STRICKEN**.

Signed: April 28, 2010

_____

Dennis L. Howell
United States Magistrate Judge