# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:10cv52

| | |
|---|---|
| MICHELE SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| HOMECOMING FINANCIAL, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the court on defendant's Motion to Strike Plaintiff's Response to Defendant's Answer (#33). A response is not allowed to and Answer. Fed.R.Civ.P. 7. Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Strike Plaintiff's Response to Defendant's Answer (#33) is **GRANTED,** and plaintiff's Response to Answer is **STRICKEN**.

Signed: April 28, 2010

_____
Dennis L. Howell
United States Magistrate Judge