# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:10cv52

| | |
|---|---|
| MICHELE SMITH, | ) |
| Plaintiff, | ) |
| Vs. | ) ORDER |
| HOMECOMING FINANCIAL, | ) |
| Defendant. | ) |

**THIS MATTER** is before the court on defendant's Motion to Strike Paragraph 2 of Plaintiff's "Response to Offer." While plaintiff may <u>serve</u> a response to an offer under Rule 68, Federal Rules of Civil Procedure, plaintiff may not <u>file</u> a response with the court. Thus, the response will be stricken in its entirety. Plaintiff is also advised that she has misapprehended substantive law in that response, inasmuch as she will in fact be obligated to pay costs incurred by defendant subsequent to the offer if she does not obtain a judgment more favorable than the offer. While the court has purposely not reviewed the offer, plaintiff is advised to carefully consider any offer, the strengths and weaknesses of her Complaint, and the substance of any motion to dismiss in determining whether to accept or reject any offer. Finally, plaintiff is advised that if this court does award costs, such may be reduced to a judgment which is readily transferable to her home district. Again, plaintiff is advised to seek the assistance of an attorney.

# ORDER

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Strike Paragraph 2 of Plaintiff's "Response to Offer" (#34) is **GRANTED,** and plaintiff's Response to Offer is **STRICKEN** in its entirety.

Signed: April 28, 2010

Dennis L. Howell
United States Magistrate Judge