# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:10cv52

| | |
|---|---|
| MICHELE SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| HOMECOMING FINANCIAL, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the court on plaintiff's Motion to Request ECF. Section I(A) of the Administrative Procedures Governing Filing and Service By Electronic Means provides as follows: "[p]arties proceeding *pro se* shall not file electronically." A.P.G.F.&S.B.E.A. § I(A). Thus, the requested relief cannot be granted. Plaintiff states, however, that her problem is not in filing, but in receiving Orders and motions sent to her in the mail as she travels extensively. See Motion, at p.1. Plaintiff can solve that problem by establishing a PACER account, which will allow her to access the docket in this matter whenever she desires. Plaintiff should contact the Clerk of this court with any questions she may have about PACER, or visit the court's internet website, specifically, by entering the following link: http://www.ncwd.uscourts.gov/ECF/Registration.aspx.

**ORDER**

**IT IS, THEREFORE, ORDERED** that plaintiff's Motion to Request ECF (#39) is **DENIED**.

```
                              Signed: June 10, 2010
```

Dennis L. Howell
United States Magistrate Judge