# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL CASE NO. 1:10cv52

| | |
|---|---|
| MICHELLE SMITH, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>HOMECOMINGS FINANCIAL, )<br>)<br>Defendant. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendant's Motion to Dismiss the Plaintiff's wrongful eviction claim [Doc. 18] and the Magistrate Judge's Memorandum and Recommendation [Doc. 38] regarding the disposition of that motion.

Pursuant to 28 U.S.C. § 636(b) and the standing Orders of Designation of this Court, the Honorable Dennis L. Howell, United States Magistrate, was designated to consider a pending motion in the above-captioned civil action and to submit to this Court a recommendation for the disposition of this motion.

On May 21, 2010, the Magistrate Judge filed a Memorandum and Recommendation [Doc. 38] in this case containing proposed conclusions of

law in support of a recommendation regarding the Defendant's Motion to Dismiss [Doc. 18]. The parties were advised that any objections to the Magistrate Judge's Memorandum and Recommendation were to be filed in writing within fourteen (14) days of service. The period within which to file objections has expired, and no written objections to the Memorandum and Recommendation have been filed.

After a careful review of the Magistrate Judge's Recommendation [Doc. 38], the Court finds that the proposed conclusions of law are consistent with current case law. Accordingly, the Court hereby **ACCEPTS** the Magistrate Judge's Recommendation that the Defendant's Motion to Dismiss the Plaintiff's wrongful eviction claim be allowed and that Count VI of the Complaint be dismissed.

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion to Dismiss [Doc. 18] is **ALLOWED**, and that Count VI of the Complaint is hereby **DISMISSED**.

**IT IS SO ORDERED**.

Signed: June 11, 2010

Martin Reidinger
United States District Judge