# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:10cv52

| | |
|---|---|
| **MICHELE SMITH,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| Vs. ) | **ORDER** |
| ) | |
| **HOMECOMING FINANCIAL,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**THIS MATTER** is before the court on plaintiff's Motion for Extension (#59), which is a recasting of plaintiff's Motion for Extension to Further Respond to First Request for Production and First Interrogatories (#55), and defendant's Motion to Amend Hearing Time for Defendant's Motion for Sanctions (#58).

Plaintiff's contention that she has not received official mail from the court is not credible as the docket shows no returned mail from the postal service. Plaintiff's further contention that "[p]laintiff travels and the reliance on mail puts Plaintiff is an undue hardship," (#59, at p. 2)(errors in original) is an argument previously addressed and, in any event, a fact completely in plaintiff's control and beyond that of the court.

As to defendant's request that the hearing be scheduled an hour earlier to accommodate travel arrangements that were in place when the hearing was set, the request comes too late (18 days after the Order) to provide adequate notice to all parties. Having considered both motions, and good cause having not been shown for such relief by either party, the court enters the following Order.

-1-

# ORDER

**IT IS, THEREFORE, ORDERED** that plaintiff's Motion for Extension (#59) and defendant's Motion to Amend Hearing Time for Defendant's Motion for Sanctions (#58) are **DENIED.**

```
                              Signed: September 29, 2010
```

Dennis L. Howell
United States Magistrate Judge