**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

**Civil Case No. 1:10cv52**

| | |
|---|---|
| MICHELLE SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER and NOTICE** |
| ) | |
| HOMECOMINGS FINANCIAL, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Defendant's Motion for Summary Judgment [Doc. 90].

In view of Plaintiff's *pro se* status, the Court hereby provides notice to her, pursuant to Roseboro v. Garrison, 528 F.2d 309 (4th Cir. 1975), of the heavy burden that she carries in responding to the Defendant's Motion.

The Federal Rules of Civil Procedure provide that a motion for summary judgment shall be granted "if the movant shows that there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law." Fed. R. Civ. P. 56(a). Rule 56 further provides, in pertinent part, as follows:

> A party asserting that a fact ... is genuinely disputed must support the assertion by:
>
> (A) citing to particular parts of materials in the record, including depositions, documents, electronically stored information, affidavits or declarations, stipulations (including those made for purposes of the motion only), admissions, interrogatory answers, or other materials; or
>
> (B) showing that the materials cited do not establish the absence or presence of a genuine dispute, or that an adverse party cannot produce admissible evidence to support the fact.

Fed. R. Civ. P. 56(c)(1).

This language means that if the Plaintiff has any evidence to offer to show that there is a genuine factual dispute for resolution, she must now present it to this Court in a form which would otherwise be admissible at trial, that is, in the form of affidavits or unsworn declarations. An affidavit is a written statement sworn to before a notary public. See Howard Acquisitions, LLC v. Giannasca New Orleans, LLC, Civil No. WDQ-09-2651, 2010 WL 3834917, at *3 (D.Md. Sep. 28, 2010). An unsworn declaration is a statement made and signed under the penalty of perjury. 28 U.S.C. § 1746. "An affidavit or declaration used to ... oppose a motion must be made on personal knowledge, set out facts that would be

admissible in evidence, and show that the affiant or declarant is competent to testify on the matters stated." Fed. R. Civ. P. 56(c)(4).

Any affidavits or unsworn declarations must be presented by the Plaintiff to this Court within twenty-one (21) days of the entry of this Order. If the Plaintiff fails to respond to the Defendant's motion, the Court may, for the purposes of the motion, consider the facts presented by the Defendant as undisputed and may grant summary judgment if the motion and supporting materials demonstrate that the Defendant is so entitled. See Fed. R. Civ. P. 56(e).

**IT IS, THEREFORE, ORDERED** that on or before twenty-one (21) days from the entry of this Order, the Plaintiff may file a response, including any evidence, to the Defendant's Motion for Summary Judgment. **Failure to respond may result in the granting of the Defendant's Motion for Summary Judgment and the dismissal of this civil action with prejudice.**

**IT IS FURTHER ORDERED** that this matter is hereby scheduled for a **STATUS CONFERENCE** on Wednesday, February 23, 2011 at 9:30 a.m. at the United States District Courthouse in Asheville.

**IT IS SO ORDERED.**

Signed: February 1, 2011

Martin Reidinger
United States District Judge